R. T. FRYE, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Motion No. 2817.)

Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.